**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

## Audio Record of Hearing Held

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CHAPTER 7 FEES AND PRACTICES OF MY ARIZONA LAWYERS | | |
| **Case Number:** | 4:24-MP-00003-BMW | **Chapter:** | N/ |

**Date / Time / Room:** MONDAY, JUNE 10, 2024 02:00 PM   VIDEO CONF HRGS

**Courtroom Clerk:** REBECCA VOLZ
**Reporter / ECR:** WESLEY STANGRET

**Audio File Name:** AHL01616232.MP3
**Audio File Size:** 9,484 KB
**Audio File Length:** 00:20:14
Additional Audio Files Attached.

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

### *Matter:*

**ORDER TO SHOW CAUSE (CONT. FROM 05/15/2024)**
**\*\*\*Ms. Kallen, Ms. Kiesel, Mr. Richter, My Arizona Lawyers, EZLegalFees, LLC, and their attorneys are to appear in person in Tucson courtroom 446.\*\*\***
**Any other interested parties may appear in-person in Tucson courtroom 446 or remotely by videoconference or by teleconference.**
**R / M #:**   2 / 0

Case 4:24-mp-00003-BMW    Doc 32    Filed 06/10/24    Entered 06/10/24 15:55:57    Desc
Main document    Page 1 of 1